ble jurisdiction noted, 488 U. S. 979.] Motion of People for the American Way Action Fund et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 88–605. WEBSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* REPRODUCTIVE HEALTH SERVICES ET AL. C. A. 8th Cir. [Probable jurisdiction noted, 488 U. S. 1003.] Motion of Elizabeth Holtzman, District Attorney of Kings County, N. Y., for leave to join *amici curiae* brief of Massachusetts et al. granted.

No. 88–1031. CITIBANK, N. A. *v.* TRINH. C. A. 6th Cir.;
No. 88–1042. FERNANDEZ *v.* FERNANDEZ. Sup. Ct. Conn.;
No. 88–1260. CITIBANK, N. A. *v.* WELLS FARGO ASIA LTD. C. A. 2d Cir.; and
No. 88–6376. MONTERO *v.* MEYER ET AL. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 88–6352. BURKART *v.* POST-BROWNING, INC. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [489 U. S. 1064] or for leave to proceed as a veteran denied.

No. 88–1542. IN RE BARKSDALE;
No. 88–6718. IN RE GREEN; and
No. 88–6763. IN RE WALKER. Petitions for writs of mandamus denied.

No. 88–1374. JIMMY SWAGGART MINISTRIES *v.* BOARD OF EQUALIZATION OF CALIFORNIA. Appeal from Ct. App. Cal., 4th App. Dist. Probable jurisdiction noted.

No. 88–1000. NEW YORK *v.* HARRIS. Ct. App. N. Y. Certiorari granted.